IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDDIE L. CHAMBERS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv840-MHT |
| ) | (WO) |
| SHERIFF D. T. MARSHALL, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on July 11, 2007 (Doc. #16), and after an independent and de novo review of the record, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this action is DISMISSED without prejudice for Plaintiff's failure to prosecute and to comply with the orders of the court.

DONE, this the 27th day of August, 2007.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE