IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDDIE L. CHAMBERS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv840-MHT |
| ) | (WO) |
| SHERIFF D. T. MARSHALL, et al., ) | |
| ) | |
| Defendants. ) | |

# JUDGMENT

In accordance with the order entered this date, it is the ORDER, JUDGMENT and DECREE of the court that this action is DISMISSED without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 27th day of August, 2007.

          /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE